# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

DEANNA GAGNON,

Appellant,

v.

DEPARTMENT OF REVENUE and TONY BETHEA, JR.,

Appellees.

No. 2D2023-2224

————————————————

June 7, 2024

Appeal from the Department of Revenue.

Brandon A. Fortuno of Fortuno Law PLLC, Saint Petersburg, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Tampa, for Appellee Department of Revenue.

No appearance for Appellee Tony Bethea, Jr.

PER CURIAM.

We accept the concession of error filed by the Department of Revenue. The final administrative support order is reversed, and the case is remanded for further proceedings. *See Pellegrino v. Dep't of Revenue ex rel. Lange*, 348 So. 3d 1228, 1228 (Fla. 2d DCA 2022) ("In light of the Department of Revenue's initial concession of error, and

pursuant to section 120.68(7)(a), Florida Statutes (2021), the 'Final Administrative Support Order' is set aside, and the case is remanded for further proceedings."); *Dillion v. Dep't of Revenue*, 189 So. 3d 353, 354 (Fla. 4th DCA 2016) ("[I]f this court finds that the validity of the agency action depends on *disputed* facts, and there has been no hearing prior to agency action, this court 'shall' remand for 'further proceedings.' " (quoting § 120.68(7)(a), Fla. Stat. (2016))).

Reversed and remanded.

KELLY, BLACK, and LUCAS, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.